# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN                                                    DOCKETING SECTION
DISTRICT COURT EXECUTIVE                                          404-215-1655
AND CLERK OF COURT

October 27, 2016

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

>        **U.S.D.C. No.: 1:16-cv-1371-RWS**
>        **U.S.C.A. No.: 00-00000-00**
>        **In re:**          ***Zvi Kurtman v.* Nationstar Mortgage LLC, et al.**

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

X      **Certified copies of the Notice of Appeal, Docket Sheet, R&R, Clerk's Judgment and Orders appealed enclosed.**

_____      This is not the first notice of appeal.  Other notices were filed on: .

X      **There is no transcript.**

_____      The court reporter is .

_____      There is sealed material as described below: .

_____      Other: .

X      **Fee paid on 10/26/16; Receipt Number 113E-6779182.**

_____      Appellant has been  leave to file *in forma pauperis.*

_____      This is a bankruptcy appeal.  The Bankruptcy Judge is .

X      **The United States Magistrate Judge is Catherine M. Salinas.**

X      **The United States District Judge is Richard W. Story.**

_____      This is a **DEATH PENALTY** appeal.

                                                      Sincerely,

                                                      James N. Hatten
                                                      District Court Executive
                                                      and Clerk of Court


                                              By:    /s/ Kimberly Carter
                                                      Deputy Clerk

Enclosures